UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Eric S. Hayden,

                Defendant.

---

7:18-MJ-10937(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on January 25, 2019 accepted the Defendant's plea of guilty to the charge of Disorderly Conduct, in violation of the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction of the Misdemeanor Complaint filed on December 28, 2018, it is,

ORDERED, ADJUDGED AND DECREED that the defendant Eric S. Hayden is sentenced to a Conditional Discharge for a term of one (1) year on the conditions that:

    (1) The defendant does not violate any local, state or federal laws,

    (2) Enroll and, complete an in-patient drug alcohol treatment facility until he is positively discharged..

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge